■ JGB Properties, LLC, Appellant, v Ironwood, L.L.C., et al., Respondents, et al., Defendants. [24 NYS3d 548]—Appeal from an order of the Supreme Court, Onondaga County (Hugh A. Gilbert, J.), entered September 8, 2014. The order, among other things, dismissed the first amended complaint against defendants Ironwood, L.L.C., Steelway Realty Corporation, Town of Clay, 4550 Steelway Boulevard, LLC, Plainville Farms, LLC, JSF Services, LLC, and CSX Transportation, Inc.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Whalen, P.J., Centra, Peradotto, Carni and Scudder, JJ.